EFFECTIVE — 7-17-10

PRO SE OFFICE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET ROOM 230
NEW YORK, N.Y. 10007

Re: NO. 10 Civ. 998 (SHS)(JLC) "Change of Address"
Please be advised this is Dominick Florio and I am writing this letter in regards to my new address. "Please note my new address below." I have notified The other parties to my action.

Thank You!

Dominick Florio  DIN 00A5699
WYOMING Corr. Fac.
P.O. Box 501
Attica, N.Y. 14011-0501

RECEIVED COPY PRO SE OFFICE 2010 JUL 21 P 4: 35