UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DOMINIC FLORIO,                             :          10 Civ. 998 (SHS)

                Petitioner,    :

      -against-                             :          ORDER

ANDREW M. CUOMO, Attorney General, State :
of New York,
                                                :
                Respondent.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      In a Report and Recommendation dated November 16, 2010, Magistrate Judge James L. Cott recommended that the petition for a writ of *habeas corpus* be dismissed as time-barred. Objections to the Report and Recommendation were due on December 3, 2010. To date, no objections have been received from petitioner. Accordingly, after a *de novo* review of the November 16, 2010 Report and Recommendation,

      IT IS HEREBY ORDERED that:

      1.      Magistrate Judge Cott's "Report and Recommendation" is adopted;

      2.      The petition for a writ of *habeas corpus* is denied, and the petition is dismissed;

      3.      As petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. 28 U.S.C. § 2253; see also Richardson v. Greene, 497 F.3d 212, 217 (2d Cir. 2007); and

   5.   Pursuant to 28 U.S.C. § 1915(a) the Court certifies that any appeal from this Order would not be taken in good faith.

Dated: New York, New York
       December 22, 2010

SO ORDERED:

Sidney H. Stein, U.S.D.J.