USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/14/2011

PRO SE OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Dominick Florio

    Petitioner,

against-

Andrew Cuomo, Attorney General
STATE OF NEW YORK

    Respondent,

---

10 Civ.0990 (SHS) (JLC)

Petitioner's objections in
Response to Magistrate Cott's
Report and Recommendation
on November 16, 2010.

Respectfully submitted

State of New York, County of Otisville.

I Dominick Florio declare under the penalty of perjury that the foregoing is true and correct as I believe it to be.

1) I am the petitioner and I am proceeding Pro-se.

2) Petitioner is familiar with the question and facts of law regarding to 28 U.S.C. 2254. For a writ of Habeas Corpus.

3) This petitioner is making the following objections to Magistrate Judge Cott's Recommendation/Report.

1) First and foremost this petitioner's 440.10 C.P.L. motion to vacate is unique in a way. This petitioner is actually appealing a motion to Renew C.P.L. 2221:9 January 21, 2009. Wherefore the appellate process is different from one to Reargue and a post conviction motion C.P.L. 440.10. [On a motion to Renew, an order either way is appealable.] See C.P.L.R. 2201:9 Urben V. Maloney 334 N.Y.S. 2d 122.