```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DOMINIC FLORIO,     :     10 Civ. 998 (SHS)

             Petitioner,     :

      -against-     :     ORDER

ANDREW M. CUOMO, Attorney General, State     :
of New York,
                                    :

             Respondent.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      In a Report and Recommendation dated November 16, 2010, Magistrate Judge James L. Cott recommended that the petition for a writ of *habeas corpus* be dismissed as time-barred. Petitioner filed objections dated January 10, 2011. After a *de novo* review of the November 16, 2010 Report and Recommendation, and the January 10, 2011 objections,

      IT IS HEREBY ORDERED that:

      1.    Magistrate Judge Cott's "Report and Recommendation" is adopted;

      2.    The petition for a writ of *habeas corpus* is denied, and the petition is dismissed;

      3.    As petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. 28 U.S.C. § 2253; see also Richardson v. Greene, 497 F.3d 212, 217 (2d Cir. 2007); and

5. Pursuant to 28 U.S.C. § 1915(a) the Court certifies that any appeal from this Order would not be taken in good faith.

Dated: New York, New York
       January 24, 2011

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.